

# UNITED STATES DISTRICT COURT
## Exemplification Certificate

# 17cv9163



UNITED STATES DISTRICT COURT
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                              Office of the Clerk

## EXEMPLIFICATION CERTIFICATE

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, and keeper of the records and seal therein, do hereby certify that the attached documents

Judgment Order

are true copies of records of this Court.

In testimony whereof I sign my name an affix the seal of this Court, in this District at Chicago, Illinois

Thomas G. Bruton,
Clerk
_____
Signature

I, Judge Rubén Castillo, a Judicial Officer of this Court, certify that Thomas G. Bruton, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On  5/11/2018
_____
Signature of Judicial Officer

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, and keeper of the records and seal certify that the Honorable Rubén Castillo named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify that the above signature to be that of the Judicial Officer. In testimony whereof I sign my name and affix the seal of this Court at Chicago in this State on

Thomas G. Bruton,
Clerk
_____
Signature

Rev. 08/19/2016

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| First Midwest Equipment Finance Co., | No. 17-cv-9163 |
| Plaintiff, | **Honorable Thomas M. Durkin** |
| v. | |
| Richard Rudder and Benito Rudder, | |
| Defendant(s). | |

## JUDGMENT ORDER

This matter is before the Court on Plaintiff's Rule 55(b)(1) Motion for Entry of Judgment by Default ("Motion"), notice having been provided to all defendants, and all defendants having previously been found to be in default,

IT IS HEREBY ORDERED:

1) Plaintiff's Motion is **GRANTED**;

2) Judgment is hereby entered in favor of Plaintiff in the sum of **$197,368.40**, plus interest per statute, and against Richard Rudder and Benito Rudder, joint and severally, such sum being broken down below:

| | |
|---|---|
| Principal Balance: | $189,524.94 |
| Late fees: | $2,010.12 |
| Sub-Total (excluding fees and cost): | $191,535.06 |
| Permitted attorneys' fees and costs: | $5,833.34 |
| **Total:** | **$197,368.40** |

3) This action was decided by the Honorable Thomas M. Durkin on a motion.

ENTERED:

*Thomas M Durkin*

Honorable Thomas M. Durkin
United States District Judge

Date: May 9, 2018

Prepared by:
James R. Sethna
Ashen|Faulkner
217 N. Jefferson St., Suite 601
Chicago, Illinois 60661
312.655.0800/ Atty No.: 6275891