*WHEN RECORDED MAIL TO:*

Brian D. Cronin
Prenovost, Normandin, Bergh & Dawe
2122 N. Broadway, Suite 200
Santa Ana, CA 95706

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| First Midwest Equipment Finance Co., <br><br> PLAINTIFF(S), <br> v. <br><br> Richard Rudder and Benito Rudder, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 8:19-mc-00009-UA <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 3/18/2019

in favor of  First Midwest Equipment Finance Co.

whose address is 520 North Cass Avenue, Westmont, IL 60559

and against Richard Rudder and Benito Rudder

whose last known address is 13632 Canyon View Drive, Yucaipa, CA 92399

for $ 191,535.06 ___ Principal,  $ 0.00 ___ Interest,  $ 0.00 ___ Costs,

and $ 5,833.34 ___ Attorney Fees.

ATTESTED this ___4th___ day of ___April___ , 20 19.

Judgment debtor's driver's license no. and state; ___ (last 4 digits) ☑ Unknown.

Judgment debtor's Social Security number; ___3552___ (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends ___

Judgment debtor's attorney's name and address and/or address at which summons was served:

Richard Rudder

13632 Canyon View Drive

Yucaipa, CA 92399

CLERK, U.S. DISTRICT COURT

**LORI WAGERS**

By ___

Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*